# Lees, Katy F

| | |
|---|---|
| **From:** | 340B_JJHCS <340B_JJHCS@its.jnj.com> |
| **Sent:** | Monday, April 22, 2024 4:51 PM |
| **To:** | Lees, Katy F; Fuller Spencer, Carrie P; Saverino, Judy; Williams, Constance; Haas, Curtis |
| **Cc:** | Coniglio, Thomas; Paluzzi, Lauren [JJCUS]; Nelson, Ken [HCSUS]; Iwanski, Yvonne [JANUS] |
| **Subject:** | [EXT] RE: Meeting Request: J&J and Strong Memorial Hospital (DSH330285) 340B Program Discussion |

Good afternoon,

Thank you for your response and question. In general, we are looking to better understand the reasons for the growth in your 340B program utilization. We will be asking questions about any changes in your organization's structure or policies to see if that is the basis for the growth we are seeing, or whether there are other reasons why utilization is trending as it has been.

Upon receipt of your availability, we will send an invitation to Curt Haas, in addition to you and Carrie, as requested below.

We do appreciate your engagement and look forward to speaking with you.

Thank you,

**340B J&J Health Care Systems Team**

---

**From:** Lees, Katy F <Katy_Lees@URMC.Rochester.edu>
**Sent:** Monday, April 22, 2024 3:53 PM
**To:** 340B_JJHCS <340B_JJHCS@its.jnj.com>; Fuller Spencer, Carrie P <Carrie_FullerSpencer@URMC.Rochester.edu>; Saverino, Judy <Judy_Saverino@URMC.Rochester.edu>; Williams, Constance <Constance_Williams@URMC.Rochester.edu>; Haas, Curtis <Curtis_Haas@URMC.Rochester.edu>
**Cc:** Coniglio, Thomas <Thomas_Coniglio@URMC.Rochester.edu>; Paluzzi, Lauren [JJCUS] <lpaluzzi@ITS.JNJ.com>; Nelson, Ken [HCSUS] <KNelson8@its.jnj.com>; Iwanski, Yvonne [JANUS] <YIwanski@its.jnj.com>
**Subject:** RE: Meeting Request: J&J and Strong Memorial Hospital (DSH330285) 340B Program Discussion

Good Afternoon:

Thank you for reaching out, I am looping in Judy and Connie to assist with scheduling. In addition to myself and Carrie, I would like to also include Curt Haas, Chief Pharmacy Officer, on the discussion.

Can you please provide an agenda prior to the meeting, outlining the specific questions or information that you would like to discuss?

Thank you,
Katy

**Katy Felice Lees, MSBA**

Director of 340B Policy and Business Strategy |  **UR Medicine**

Phone (585) 703-5169  |  Fax (585)272-1062

120 Corporate Woods Suite 100 Rochester, NY 14623  |  Internal Box # 278983

*Nothing is impossible, the word itself says "I'm Possible!"*
- *Audrey Hepburn*



Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by return e-mail and destroy all copies of the original message.

---

**From:** 340B_JJHCS <340B_JJHCS@its.jnj.com>
**Sent:** Monday, April 22, 2024 11:33 AM
**To:** Fuller Spencer, Carrie P <Carrie_FullerSpencer@URMC.Rochester.edu>; Lees, Katy F <Katy_Lees@URMC.Rochester.edu>
**Cc:** Coniglio, Thomas <Thomas_Coniglio@URMC.Rochester.edu>; Paluzzi, Lauren [JJCUS] <lpaluzzi@ITS.JNJ.com>; Nelson, Ken [HCSUS] <KNelson8@its.jnj.com>; Iwanski, Yvonne [JANUS] <YIwanski@its.jnj.com>
**Subject:** [EXT] Meeting Request: J&J and Strong Memorial Hospital (DSH330285) 340B Program Discussion

Good morning,

We are reaching out to request time to discuss your Covered Entity's 340B program.  Specifically, we would like to discuss and ask questions regarding your entity's 340B utilization.

We look forward to a productive discussion.  Please provide the appropriate contacts of your entity to include in this meeting and provide availability options in the coming week, and we can schedule a quick call.

Appreciate the partnership and look forward to speaking.

Thank you,

**340B J&J Health Care Systems Team**

**Johnson&Johnson**

**Confidentiality Notice:** This e-mail transmission may contain information that is confidential and is intended only for the individual or entity named in the e-mail address. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Johnson & Johnson Health Care Systems Inc. can arrange for proper delivery, and then please delete the message from your system. Thank you.

## Lees, Katy F

| | |
|---|---|
| **From:** | Paluzzi, Lauren [JJCUS] <lpaluzzi@ITS.JNJ.com> |
| **Sent:** | Monday, May 13, 2024 1:24 PM |
| **To:** | Lees, Katy F |
| **Cc:** | Kachurick, Sue [HCSUS]; Nelson, Ken [HCSUS] |
| **Subject:** | [EXT] RE: Meeting Request: J&J and Strong Memorial Hospital (DSH330285) 340B Program Discussion |

No worries, thanks for the update, Katy, look forward to speaking.

Regards,
Lauren

**From:** Lees, Katy F <Katy_Lees@URMC.Rochester.edu>
**Sent:** Monday, May 13, 2024 11:52 AM
**To:** Paluzzi, Lauren [JJCUS] <lpaluzzi@ITS.JNJ.com>
**Subject:** RE: Meeting Request: J&J and Strong Memorial Hospital (DSH330285) 340B Program Discussion

Good Morning Lauren,

I wanted to let you know that I will be forwarding Thursday's meeting invite to my business manager, Andy Smith. The initial email had included our Chief Financial Officer, so she asked to be included, as well as Strong's Chief Pharmacy Officer. That seemed a bit overkill to me. ☺ Andy and I will be the only two joining the call on Strong's side. Talk to you then.

Thanks,
Katy

**Katy Felice Lees, MSBA**
Director of 340B Policy and Business Strategy | **UR Medicine**
Phone (585) 703-5169 | Fax (585)272-1062
120 Corporate Woods Suite 100 Rochester, NY 14623 | Internal Box # 278983

*Nothing is impossible, the word itself says "I'm Possible!"*
- *Audrey Hepburn*



Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by return e-mail and destroy all copies of the original message.

-----Original Appointment-----
**From:** Paluzzi, Lauren [JJCUS] <lpaluzzi@ITS.JNJ.com>
**Sent:** Tuesday, April 23, 2024 11:58 AM
**To:** Paluzzi, Lauren [JJCUS]; Nelson, Ken [HCSUS]; Kachurick, Sue [HCSUS]; Lees, Katy F; Fuller Spencer, Carrie P; Haas, Curtis

1

**Subject:** Meeting Request: J&J and Strong Memorial Hospital (DSH330285) 340B Program Discussion
**When:** Thursday, May 16, 2024 1:00 PM-1:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://jnjmeetings.zoom.us/j/97781832581?pwd=amk5aXJmTzdRdGJsTWppd2cyZEpoZz09&from=addon

Hello, we are seeking an understanding regarding your entity's 340B utilization. We look forward to a productive discussion. Appreciate the partnership and look forward to speaking. Thank you.



Lauren Paluzzi invited you to a meeting.

| | |
|---|---|
| **Phone one-tap:** | US: +13126266799,,97781832581#  or +14702509358,,97781832581# |
| **Meeting ID:** | 977 8183 2581 |
| **Password:** | 236870 |

# Join the meeting

## Join by Telephone

**Dial (for higher quality, dial a number based on your current location):**

**US:** +1 312 626 6799 **or** +1 470 250 9358 **or** +1 646 518 9805 **or** +1 651 372 8299 **or** +1 786 635 1003 **or** +1 929 205 6099 **or** +1 301 715 8592 **or** +1 602 753 0140 **or** +1 669 219 2599 **or** +1 669 900 6833 **or** +1 720 928 9299 **or** +1 971 247 1195 **or** +1 213 338 8477 **or** +1 253 215 8782 **or** +1 346 248 7799
**Australia:** +61 3 7018 2005 **or** +61 7 3185 3730 **or** +61 2 8015 6011
**Belgium:** +32 2 290 9360 **or** +32 2 588 4188 **or** +32 1579 5132
**Brazil:** +55 21 3958 7888 **or** +55 11 4680 6788
**China:** +86 10 8783 3177
**Canada:** +1 438 809 7799 **or** +1 587 328 1099 **or** +1 613 209 3054 **or** +1 647 374 4685 **or** +1 647 558 0588 **or** +1 778 907 2071 **or** +1 204 272 7920
**Germany:** +49 69 7104 9922 **or** +49 695 050 2596
**Japan:** +81 3 4579 0545 **or** +81 363 628 317 **or** +81 3 4578 1488
**Singapore:** +65 3165 1065 **or** +65 3158 7288
**Switzerland:** +41 43 210 70 42 **or** +41 43 210 71 08 **or** +41 31 528 09 88
**United Kingdom:** +44 203 481 5237 **or** +44 203 481 5240 **or** +44 131 460 1196

| | |
|---|---|
| **Meeting ID:** | 977 8183 2581 |
| **Password:** | 236870 |

[International numbers](#)

## Join from a Meeting Room

### Get interactive with Zoom

Zoom has a number of ways to bring interactivity into a virtual meeting, such as screen sharing, chat, polls, Q&A and more. Learn more at zoom.jnj.com.

*ALL J&J USERS of Zoom for Business Meetings, in particular Meeting Hosts, are required to understand Zoom security options and to follow the J&J Usage Requirements for Zoom. Use of Zoom for sharing any highly sensitive or personal health information should be avoided unless carefully following the Usage Requirements. Additionally, Zoom allows J&J meeting presenters to optionally record audio and other information shared during the meeting session. If a meeting presenter wishes to utilize the recording feature, the presenter should notify participants at the beginning of the meeting. If you do not consent to being recorded, please discuss your concerns with the meeting organizer either prior to or at the beginning of the meeting, or do not join the meeting. To ensure meeting confidentiality, please do NOT share meeting URLs and always confirm participants prior to the start of your meeting.*

3

# Lees, Katy F

| | |
|---|---|
| **From:** | 340B_JJHCS <340B_JJHCS@its.jnj.com> |
| **Sent:** | Monday, May 20, 2024 2:07 PM |
| **To:** | Lees, Katy F |
| **Cc:** | Nelson, Ken [HCSUS]; Paluzzi, Lauren [JJCUS]; Kachurick, Sue [HCSUS] |
| **Subject:** | [EXT] RE: Follow Up Questions: J&J and Strong Memorial Hospital (DSH330285) 340B Program Discussion |

Thank you for your quick responses and continued engagement. We will let you know if we have any further questions.

Thank you,

**340B J&J Health Care Systems Team**

---

**From:** Lees, Katy F <Katy_Lees@URMC.Rochester.edu>
**Sent:** Monday, May 20, 2024 1:36 PM
**To:** 340B_JJHCS <340B_JJHCS@its.jnj.com>
**Cc:** Nelson, Ken [HCSUS] <KNelson8@its.jnj.com>; Paluzzi, Lauren [JJCUS] <lpaluzzi@ITS.JNJ.com>; Kachurick, Sue [HCSUS] <SKachur1@its.jnj.com>
**Subject:** RE: Follow Up Questions: J&J and Strong Memorial Hospital (DSH330285) 340B Program Discussion

Good Afternoon:

I have added responses to your questions below.

Thanks,
Katy

---

**Katy Felice Lees, MSBA**
Director of 340B Policy and Business Strategy | **UR Medicine**
Phone (585) 703-5169 | Fax (585)272-1062
120 Corporate Woods Suite 100 Rochester, NY 14623 | Internal Box # 278983

*Nothing is impossible, the word itself says "I'm Possible!"*
- *Audrey Hepburn*



Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by return e-mail and destroy all copies of the original message.

---

**From:** 340B_JJHCS <340B_JJHCS@its.jnj.com>
**Sent:** Friday, May 17, 2024 10:56 AM
**To:** Lees, Katy F <Katy_Lees@URMC.Rochester.edu>
**Cc:** Nelson, Ken [HCSUS] <KNelson8@its.jnj.com>; Paluzzi, Lauren [JJCUS] <lpaluzzi@ITS.JNJ.com>; Kachurick, Sue

[HCSUS] <SKachur1@its.jnj.com>
**Subject:** [EXT] Follow Up Questions: J&J and Strong Memorial Hospital (DSH330285) 340B Program Discussion

Good morning,

Thank you for your time yesterday to answer questions we have on your 340B program. After reviewing your responses internally, we would like to ask a few follow up questions.

- During our conversation, you mentioned you were willing to share your policy on eligible 340B patients but could not provide all the specific details. Could you please share your entity's policy in writing?
Pasting a screenshot from Strong's 340B Policy:

> ELIGIBLE PRESCRIPTIONS. Strong Memorial Hospital considers a prescription eligible for 340B drugs under the following circumstances:
>
> a. The prescription originated from care provided by Strong Memorial Hospital within the four walls of the entity, at an offsite provider-based clinic, or via video, electronic, or telephonic means in accordance with applicable laws, regulations, and guidance.
>
> b. Strong has established a relationship with the patient such that it maintains records of the patient's health care;
>
> c. The patient receives health care services from a health care professional who is employed by the covered entity or provides health care arrangements (e.g. referral for consultation) such that the responsibility for care remains with Strong Memorial Hospital;
>
> d. The prescriber is on the hospital's eligible prescriber list as employed by the entity, or under contractual or other arrangements with the entity.
>
> > An eligible provider must complete the credentialing process and procedures in accordance with Strong Memorial Hospital Medical Staff bylaws. A provider must sign an attestation that he/she is in good standing with all requirements described in credentialing process and must agree to abide by all Strong Memorial Hospital bylaws, in return for the privilege of practicing medicine at Strong Memorial Hospital. A provider must also be certified by the Strong Memorial Hospital Governing Body and receive approval from the applicable department chair.
>
> ELIGIBLE ADMINISTRATIONS
>
> a. 340B drugs may be administered to hospital outpatients in offsite hospital provider-based clinics or within the four walls of the parent entity under the following circumstances:
>
>   i. Strong maintains records of the patient's health care.
>
>   ii. The patient is an outpatient at the time medication is administered/dispensed.

- You also mentioned that you have a Consolidated Service Center for centralized purchasing and distribution. Can you tell us which shipping address is associated with this facility?
155 Bellwood Drive
Rochester, NY 14606
- Does the "digital pharmacy" that you mentioned also ship drugs to patients and providers from this same centralized shipping location? Strong does have ambulatory pharmacy services in the same building as our consolidated service center, at 155 Bellwood Drive, but it is a completely separate space. Does this digital pharmacy provide services only for your patients and is there a limit to how far you would ship a drug to a patient? Strong's pharmacies offer the option of prescription delivery to a patient's home. We provide the direct-to-patient pharmacy program ("digital pharmacy") only to our patients, and nearly all home delivery

2

locations are local. There may be occasional instances of 'snowbirds' receiving medications while out of town, but these are patients receiving local care from UR Medicine providers.

Again, thank you very much for your engagement to help us better understand your increased 340B utilization.

Thank you,

**340B J&J Health Care Systems Team**

-----Original Appointment-----
**From:** Paluzzi, Lauren [JJCUS] <lpaluzzi@ITS.JNJ.com>
**Sent:** Tuesday, April 23, 2024 11:57 AM
**To:** Paluzzi, Lauren [JJCUS]; Nelson, Ken [HCSUS]; Kachurick, Sue [HCSUS]; Lees, Katy F; Fuller Spencer, Carrie P; Haas, Curtis
**Subject:** Meeting Request: J&J and Strong Memorial Hospital (DSH330285) 340B Program Discussion
**When:** Thursday, May 16, 2024 1:00 PM-1:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://jnjmeetings.zoom.us/j/97781832581?pwd=amk5aXJmTzdRdGJsTWppd2cyZEpoZz09&from=addon

Hello, we are seeking an understanding regarding your entity's 340B utilization. We look forward to a productive discussion. Appreciate the partnership and look forward to speaking. Thank you.



**Lauren Paluzzi invited you to a meeting.**

| | |
|---|---|
| **Phone one-tap:** | US: +13126266799,,97781832581#  or +14702509358,,97781832581# |
| **Meeting ID:** | 977 8183 2581 |
| **Password:** | 236870 |

# Join the meeting

### Join by Telephone

**Dial (for higher quality, dial a number based on your current location):**

**US:** +1 312 626 6799 **or** +1 470 250 9358 **or** +1 646 518 9805 **or** +1 651 372 8299 **or** +1 786 635 1003 **or** +1 929 205 6099 **or** +1 301 715 8592 **or** +1 602 753 0140 **or** +1 669 219 2599 **or** +1 669 900 6833 **or** +1 720 928 9299 **or** +1 971 247 1195 **or** +1 213 338 8477 **or** +1 253 215 8782 **or** +1 346 248 7799
**Australia:** +61 3 7018 2005 **or** +61 7 3185 3730 **or** +61 2 8015 6011

3

|  |  |
|---|---|
|  | **Belgium:** +32 2 290 9360 **or** +32 2 588 4188 **or** +32 1579 5132 |
|  | **Brazil:** +55 21 3958 7888 **or** +55 11 4680 6788 |
|  | **China:** +86 10 8783 3177 |
|  | **Canada:** +1 438 809 7799 **or** +1 587 328 1099 **or** +1 613 209 3054 **or** +1 647 374 4685 **or** +1 647 558 0588 **or** +1 778 907 2071 **or** +1 204 272 7920 |
|  | **Germany:** +49 69 7104 9922 **or** +49 695 050 2596 |
|  | **Japan:** +81 3 4579 0545 **or** +81 363 628 317 **or** +81 3 4578 1488 |
|  | **Singapore:** +65 3165 1065 **or** +65 3158 7288 |
|  | **Switzerland:** +41 43 210 70 42 **or** +41 43 210 71 08 **or** +41 31 528 09 88 |
|  | **United Kingdom:** +44 203 481 5237 **or** +44 203 481 5240 **or** +44 131 460 1196 |
| **Meeting ID:** | 977 8183 2581 |
| **Password:** | 236870 |

International numbers


**Join from a Meeting Room**


### Get interactive with Zoom

Zoom has a number of ways to bring interactivity into a virtual meeting, such as screen sharing, chat, polls, Q&A and more. Learn more at zoom.jnj.com.

*ALL J&J USERS of Zoom for Business Meetings, in particular Meeting Hosts, are required to understand Zoom security options and to follow the **J&J Usage Requirements for Zoom**. Use of Zoom for sharing any highly sensitive or personal health information should be avoided unless carefully following the Usage Requirements. Additionally, Zoom allows J&J meeting presenters to optionally record audio and other information shared during the meeting session. If a meeting presenter wishes to utilize the recording feature, the presenter should notify participants at the beginning of the meeting. If you do not consent to being recorded, please discuss your concerns with the meeting organizer either prior to or at the beginning of the meeting, or do not join the meeting. To ensure meeting confidentiality, please do NOT share meeting URLs and always confirm participants prior to the start of your meeting.*