# Lees, Katy F

| | |
|---|---|
| **From:** | Britton, Chantelle (HRSA) <CBritton@hrsa.gov> |
| **Sent:** | Wednesday, June 26, 2024 10:17 AM |
| **To:** | Fuller Spencer, Carrie P; Lees, Katy F |
| **Cc:** | Imada, Marcy A; Crain, Clarissa; Haile, Abel; HRSA HSB 340B Pricing; Herzog, Michelle (HRSA) |
| **Subject:** | [EXT] RE: Response requested: 340B Audit of Strong Memorial Hospital on behalf of Johnson & Johnson |

Thank you for your message.

Johnson & Johnson (J&J) brought their concerns to HRSA's attention through their request to review the work plan to audit Strong Memorial Hospital. After careful review, HRSA determined that J&J met the thresholds identified in HRSA's Manufacturer Audit Guidelines and Dispute Resolution Process, 61 Fed. Reg. 65,406 (Dec. 12,1996) and Clarification of Manufacturer Audits of 340B Covered Entities, 340B Drug Pricing Program Notice 2011-3 (Nov. 21, 2011) in order to pursue an audit, as defined in section 340B(a)(5)(A) of the Public Health Service Act.

HRSA encourages Strong Memorial Hospital to cooperate with the auditors working on behalf of J&J, in order to demonstrate Strong Memorial Hospital's compliance with the 340B Program.

Please let me know if you have any other questions.

Thank you,
Chantelle

---

**From:** Haile, Abel <abhaile@deloitte.com>
**Sent:** Tuesday, June 25, 2024 7:06 PM
**To:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>
**Cc:** carrie_fullerspencer@urmc.rochester.edu; Katy_Lees@URMC.Rochester.edu; Imada, Marcy A <mimada@deloitte.com>; Crain, Clarissa <ccrain@deloitte.com>
**Subject:** [EXTERNAL] Response requested: 340B Audit of Strong Memorial Hospital on behalf of Johnson & Johnson

Dear Director Britton,

On behalf of Johnson & Johnson Health Systems Inc. and regarding HRSA's 6/19/24 approval of the audit of Strong Memorial Hospital, we are requesting that HRSA provide written approval of the audit to Strong Memorial Hospital (DSH330285). Can you please confirm approval with all on copy. This will enable us to proceed with the audit.

Thank you,

**Abel Haile**
Manager
Deloitte & Touche LLP
111 S. Wacker Dr. Chicago, IL. 60606
Tel/Direct: 312.486.5772 | Mobile: 630.917.6859
www.deloitte.com | **Ask me about** Health Care Regulatory Services

Please consider the environment before printing.

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

Deloitte refers to a Deloitte member firm, one of its related entities, or Deloitte Touche Tohmatsu Limited ("DTTL"). Each Deloitte member firm is a separate legal entity and a member of DTTL. DTTL does not provide services to clients. Please see www.deloitte.com/about to learn more.

v.E.1

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.