**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNIVERSITY OF ROCHESTER, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   24-2268 (RC) |
| | : | |
| v. | : | Re Document Nos.:   18, 20 |
| | : | |
| THOMAS J. ENGELS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**GRANTING DEFENDANTS' MOTION TO DISMISS; AND GRANTING JOHNSON & JOHNSON'S MOTION FOR LEAVE TO FILE AMICUS BRIEF**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendants' motion to dismiss (ECF No. 18) is **GRANTED**; and Johnson & Johnson's motion for leave to file an amicus brief (ECF No. 20) is **GRANTED**.

**SO ORDERED**.

Dated:  June 17, 2025                                                      RUDOLPH CONTRERAS
                                                                                              United States District Judge